UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

| | : | |
|---|---|---|
| IN RE: | : | CASE NO.: 18-45427-ess |
| | : | |
| Portia T. Joseph, | : | CHAPTER: 13 |
| | : | |
| Debtor. | : | HON. JUDGE: |
| | : | Elizabeth S. Stong |

------------------------------------------------------------------X

## ORDER PURSUANT TO 11 U.S.C. § 362(d)
<u>**MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**</u>

Upon the Application (the "Application"), by SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Bungalow IV Trust (with any subsequent successor or assign, the "Creditor"), for an order, pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code") vacating the automatic stay imposed in the above-captioned case by section 362(a) of the Bankruptcy Code, at 28 Saint Andrews Place, Brooklyn, NY 11216 (the "Property") to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property, pursuant to the Conditional Order entered on March 25, 2021 (the "Conditional Order"); and the Debtor having defaulted in making the required payments pursuant to the terms of the Conditional Order; and a Notice to Cure having been issued and served by Movant pursuant to the terms of the Conditional Order; and the Debtor having failed to timely cure the default set forth in the Notice to Cure, and upon the Affirmation of Non-Compliance filed herewith, it is therefore, hereby

ORDERED that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is ***modified*** ~~vacated~~ under section 362(d) of the Bankruptcy Code as to the Creditor's interests in the Property to allow the Creditor~~'s~~ ***to pursue*** ~~enforcement of~~ its rights ***under applicable law with respect to*** ~~in, and remedies in and to,~~ the Property; and it is further

~~ORDERED that the Co-Debtor stay in effect pursuant to section 1301(a) of the Bankruptcy Code is hereby modified to all Movant its successors and/or assigns to commence and/or continue with a foreclosure action and eviction proceeding with regards to the Property; and it is further~~

ORDERED that (i) the case trustee be added as a necessary party to receive notice of the report of sale and surplus money proceedings; and (ii) closure of the case shall not constitute an abandonment of the trustee's interest, if any, in any surplus proceeds; and it is further

ORDERED that the case trustee shall discontinue payment on Creditor's Proof of Claim, Claim No. 2-2***.***~~; and it is further~~

~~ORDERED that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.~~



Dated: Brooklyn, New York  
August 8, 2022

_____  
Elizabeth S. Stong  
United States Bankruptcy Judge